O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RAYMUNDO CHAGOLLA,<br>v.<br>GISELLE "GIGI" MATTESON,<br>Warden | No. 5:23-cv-01378-CAS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the Magistrate Judge's Amended Report and Recommendation.[1] The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

---

[1] The Magistrate Judge amended the Report and Recommendation on October 3, 2024, but the recommendations remained unchanged, and Petitioner did not file objections to the Amended Report and Recommendation.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation, as amended, is accepted.
2. The Petition is denied as second or successive.
3. Judgment shall be entered dismissing this action with prejudice.
4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: October 24, 2024

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE