JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RAYMUNDO CHAGOLLA,<br><br>v.<br><br>GISELLE "GIGI" MATTESON, Warden, | No. 5:23-cv-01378-CAS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Amended Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: October 24, 2024

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE